# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FT. WORTH DIVISION

| | |
|---|---|
| ROBERT M. RANDOLPH, *et al.* § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> LINCOLN NATIONAL CORP., *et al.*, § <br> § <br> Defendants. § § § § § § | Civil Action No. 4:17-cv-00949-A <br><br> JURY TRIAL |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Robert M. Randolph and Stephanie W. Randolph, as Trustee of the Robert M. Randolph 2008 Irrevocable Life Insurance Trust Dated April 1, 2008 (collectively, "Plaintiffs"), hereby voluntarily dismiss all claims in this action with prejudice. Each party shall bear its own attorneys' fees and costs.

WHEREFORE, Plaintiffs respectfully request this Court also administratively close this action.

**EXHIBIT B**

Dated:  March 5, 2018                                   Respectfully submitted,

                                                        **COUNSEL FOR PLAINTIFF**

                                                        *[signature]*
                                                        George Parker Young
                                                        Texas State Bar No. 22184730
                                                        gpy@cwylaw.com
                                                        Vincent Cercelli
                                                        Texas State Bar No. 24058804
                                                        vinny@cwylaw.com
                                                        Kelli Walter
                                                        Texas State Bar No. 24074576
                                                        kelli@cwylaw.com
                                                        CERCELLI, WALTER & YOUNG, PLLC
                                                        500 E. 4th Street, Suite 250
                                                        Fort Worth, Texas 76102
                                                        Telephone: (682) 703-2246


                                                        ATTORNEYS FOR PLAINTIFFS

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that, on March, 2018, I filed the foregoing document using the Court's ECF system and in person by filing with the Clerk of the Northern District of Texas. Service on all counsel of record for all parties was accomplished electronically using the Court's CM/ECF system, and by e mail and First Class mail.

/s/ *[signature]*
George Parker Young

**EXHIBIT A**