IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| ROBERT M. RANDOLPH AND STEPHANIE W. RANDOLPH, AS TRUSTEE OF THE ROBERT M. RANDOLPH 2008 IRREVOCABLE LIFE INSURANCE TRUST DATED APRIL 1, 2008, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, §§§§§§§§§§ | |
| Plaintiffs, §§ | |
| VS. § | NO. 4:17-CV-949-A |
| LINCOLN NATIONAL CORP., ET AL., §§§ | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the notice of dismissal with prejudice filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Robert M. Randolph and Stephanie W. Randolph, as Trustee of the Robert M. Randolph 2008 Irrevocable Life Insurance Trust Dated April 1, 2008, against defendants, Lincoln National Corporation and Lincoln National Life Insurance Company, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each

party bear the court costs and attorney's fees incurred by that party.

SIGNED March 5, 2018.

_____
JOHN MCBRYDE
United States District Judge

2